IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

BRIAN KEITH                                    :
    Petitioner,
                                                                                       CIVIL ACTION
    v.                                        :    NO. 17-5841

MC COURTROOM OPERATIONS, *et al.*
    Respondents.                              :

**ORDER**

AND NOW, this day 5th day of March, 2018, upon careful and independent consideration of Petitioner's Petition for a Writ of Habeas Corpus (ECF No. 1), and after review of the Report and Recommendation of United States Magistrate Judge Timothy R. Rice (ECF No. 3), it is hereby ORDERED as follows:

    1. The Report and Recommendation is APPROVED and ADOPTED;[1]

    2. The Petition for Writ of Habeas Corpus is DISMISSED without prejudice;

    3. There is no probable cause to issue a certificate of appealability; and

    4. The Clerk of the Court shall mark this case closed for statistical purposes.

BY THE COURT:

/s/ C. Darnell Jones, II   J.

---

[1] This Court does, however, note a typographical error at the top of page 2 of said R&R, wherein it is written that the instant habeas petition was filed "In December 2018[.]" (ECF No. 3 at 2.) Petitioner filed the instant matter on December 29, 2017. (ECF No. 1.)